# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
THIRD FLOOR
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

08-68082/3303284289

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-12830-CGC |
| Kiran Sardana | Chapter 13 |
| Debtors. | OBJECTION TO CHAPTER 13 PLAN |
| Bank of America, N.A. | |
| Secured Creditor, vs. | |
| Kiran Sardana, Debtors; Russell A. Brown, Trustee. | |
| Respondents. | |

Bank of America, N.A., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reasons:

1. The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to Bank of America, N.A., pursuant to the proof of claim in the amount of $10,361.66. Secured creditor requests that the arrearages as set forth in its Proof of Claim be paid through the Plan. A copy of Secured Creditor's Proof of Claim is attached hereto as Exhibit "A" and made a part hereof by this reference.

2. The Chapter 13 Plan filed with the Court does not provide to secured creditor repayment of its attorney fees incurred for bankruptcy and/or foreclosure proceedings. Secured creditor requests that the attorney fees as set forth in its Proof of Claim be paid through the Plan.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as provided in the Proof of Claim and as stated above.

DATED this 17th day of December, 2008.

    Respectfully submitted,

    TIFFANY & BOSCO, P.A.


    BY  /s/ MSB # 010167
        Mark S. Bosco
        Leonard J. McDonald
        Attorneys for Secured Creditor

COPY of the foregoing mailed
December 17, 2008 to:

Kiran Sardana
2300 South Dragoon Drive
Chandler, AZ 85286
Debtors

John J. Volin
2033 E. Warner Road
Suite 106
Tempe, AZ 85284-3417
Attorney for Debtor

Russell A. Brown
3838 N. Central Ave
Suite 800
Phoenix, AZ 85012-1965
Trustee


BY McKinley Golder