1  John Joseph Volin #009880
   Trucly D. Pham #026088
2  2033 East Warner Road, Suite 106
   Tempe, Arizona 85284
3  Phone: (480) 820-5568
   Fax:   (480) 820-3575
4  E-mail: joe@volinlaw.com
5          tpham@volinlaw.com
   Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:

KIRAN SARDANA,

Debtor.

Chapter 13

Case 2-08-bk-12830-CGC

**MOTION TO DISMISS MOTION TO LIFT THE AUTOMATIC STAY FILED BY BANK OF AMERICA**

**COMES NOW KIRAN SARDANA** the above-named debtor, by and through her attorney of record, and moves this Court to dismiss the Motion for Relief from Stay filed by Bank of America, N.A. (herein "Bank of America") on the following grounds:

### FAILURE TO PROSECUTE IN THE NAME OF THE REAL PARTY IN INTEREST

1. Bank of America filed a motion with this court for Relief from the Automatic Stay. The motion was based on an alleged default in mortgage payments on a note secured by a Deed of Trust on the residential real estate of the debtor. Bank of America alleges in its motion that it is the assignee of the Deed of Trust. Bank of America seems to imply that it is also the holder of the promissory note.

2. The debtor alleges that Bank of America is not the actual holder or current assignee of the Deed of Trust Note, is not the real party in interest in this matter, and has no legal

1

standing under applicable Federal Law to bring this motion and invoke the jurisdiction of this Court.

3. The debtor alleges that as opposed to being the current "owner and holder" of the Deed of Trust Note, Bank of America is only a servicer, a sub-servicer or a default-servicer of the debt pursuant to a pooling and servicing agreement with the actual holder, who the debtor(s) allege may or may not be a mortgage-backed securitized trust.

4. Rule 17(a) of the Federal Rules of Civil Procedure provides that every action "shall be prosecuted in the name of the real party in interest." In this case, Bank of America is not the real party in interest and therefore has no standing to bring the Motion for Relief against the debtor.

5. The debtor is therefore moving this Court to dismiss the motion for relief from stay with prejudice.

6. The debtor is further moving this Court for the award of reasonable legal fees and expenses of no less than $450.00 for filing an improper motion in this case and for damages payable to the debtor in the sum of at least $250.00.

**WHEREFORE** the debtor prays:

A. That the motion for relief from the automatic stay of Bank of America be dismissed with prejudice;

B. That the attorney for the debtor be awarded the sum of $450.00 as reasonable legal fees and expenses and the debtors be awarded damages of $250.00 for the filing of an improper motion in this case by Bank of America; and

C. That the Debtor be granted such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED this 26 day of August 2009.

JOHN JOSEPH VOLIN, P.C.

BY: /s/ JJV #09880
John Joseph Volin
Trucly D. Pham
2033 East Warner Road, Suite 106
Tempe, Arizona 85284
Attorney for Plaintiffs/Debtors

Copy of the foregoing mailed this
___ day of August 2009 to the following:

Bank of America
475 CrossPoint Parkway
P.O. Box 9000
Getzville, New York 14068

Bank of America
c/o Mark S. Bosco
Tiffany & Bosco
2525 E. Camelback Road
Third Floor
Phoenix, Arizona 85016

Hillary B. Bonial
P.O. Box 829009
Dallas, Texas 75382-9009

Russell Brown
Chapter 13 Trustee
3838 N Central Avenue Ste 800
Phoenix AZ 85067-3970

By: /s/ JJV, #09880
John J. Volin