John Joseph Volin #009880
Trucly D. Pham #026088
2033 East Warner Road, Suite 106
Tempe, Arizona 85284
Phone: (480) 820-5568
Fax:   (480) 820-3575
E-mail: joe@volinlaw.com
        tpham@volinlaw.com
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:

KIRAN SARDANA,

　　　　　Debtor.

Chapter 13

Case 2-08-bk-12830-CGC

**OBJECTION TO PROOF OF CLAIM OF BANK OF AMERICA**

**CLAIM #4-1
FILED 10/07/2008**

1.　This case was commenced by the filing of a petition with the Clerk of this court on September 23, 2008.

2.　Bank of America has filed a secured proof a claim alleging an amount due for arrearage of $10,361.66 and a secured claim of $296,177.36. A copy of the proof of claim is attached hereto as Exhibit "A" and incorporated herein by reference.

3.　The only documentation attached to the proof of claim is a document entitled "Itemization of Claim and Summary of Supporting Documents for Claim of Bank of America, N.A. as Servicing Agent for Federal National Mortgage Association." No evidence or documentation indicating what, if any interest, Bank of America has is attached to the Proof of Claim.

4.　The debtors object to the filing of the said Proof of Claim on the basis that the Proof of Claim was not supported by any written documents, notes, credit applications, account

1

statements, or any other type of written or printed document.

5. Rule 3001(c) of the Bankruptcy Rules provides that when "a claim is based on a writing" the "original or a **duplicate shall be filed with the proof of claim**." The claim filed by Bank of America in this case is fatally defective for failure to comply with this mandatory Rule.

1. 6. The Debtor further objects to the filing of the said Proof of Claim on the basis that Bank of America is without standing to bring a claim in this bankruptcy proceeding. On July 8, 2008, Bank of America assigned all interest in and to a Deed of Trust recorded against the Debtor's property to United Guaranty Residential Insurance Company of North Carolina. A copy of the Assignment of Deed of Trust is attached hereto as Exhibit "B" and incorporated herein by reference.

**WHEREFORE**, the Debtor moves the Court for relief as follows:

A. That the Court enter an order sustaining the Debtor's objection to the Proof of Claim filed by Bank of America and disallow said Proof of Claim;

B. That Bank of America be required to pay the sum of $500.00 in legal fees and expenses to John J. Volin, the attorney for the Debtor; and

C. That the Debtor have such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED this ___ day of August 2009.

JOHN JOSEPH VOLIN, P.C.

BY: /s/ JJV #09880
John Joseph Volin
Trucly D. Pham
2033 East Warner Road, Suite 106
Tempe, Arizona 85284
Attorney for Plaintiffs/Debtors

Copy of the foregoing mailed this
___ day of August 2009 to the following:

Bank of America
475 CrossPoint Parkway
P.O. Box 9000
Getzville, New York 14068

Bank of America
c/o Mark S. Bosco
Tiffany & Bosco
2525 E. Camelback Road
Third Floor
Phoenix, Arizona 85016

Hillary B. Bonial
P.O. Box 829009
Dallas, Texas 75382-9009

Russell Brown
Chapter 13 Trustee
3838 N Central Avenue Ste 800
Phoenix AZ 85067-3970

By: /s/ JJV, #09880
     John J. Volin