# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| Debtor: | KIRAN SARDANA | | |
| Case Number: | 2:08-BK-12830-CGC | Chapter: | 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 10, 2009 01:30 PM 6TH FLOOR #601 | | |
| Bankruptcy Judge: | CHARLES G. CASE II | | |
| Courtroom Clerk: | RHONDA VAUGHAN | | |
| Reporter / ECR: | AIDA URBALEJO | | |

## Matter:

MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY LOCATED AT 2300 S. DRAGOON DR., CHANDLER, AZ 85286 FILED BY MARK 6 BOSCO OF TIFFANY & BOSCO ON BEHALF OF BANK OF AMERICA N.A.

R / M #: 26 / 0

## Appearances:

JOHN JOSEPH VOLIN, ATTORNEY FOR KIRAN SARDANA
LEONARD J. MCDONALD, ATTORNEY FOR BANK OF AMERICA

## Proceedings:

Mr. McDonald explains there is no dispute regarding the default; and notes Mr. Volin has concerns as to who the holder/owner of the note is.

Mr. Volin agrees debtors are delinquent on the mortgage payments. He argues there is no evidence of who the note holder is and argues Bank of America is not a party in standing.

COURT: IT IS ORDERED CONTINUING THE PRELIMINARY HEARING TO OCTOBER 16, 2009 AT 10:00 A.M. ON THE CONDITION THAT DEBTOR MAKES A PAYMENT OF $2167.57 TO MR. MCDONALD BY THE CLOSE OF BUSINESS ON SEPTEMBER 18, 2009. THE STAY WILL LIFT UPON DEBTOR'S FAILURE TO MAKE THIS PAYMENT.