# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|--|--|--|--|
| **Debtor:** | KIRAN SARDANA | | |
| **Case Number:** | 2:08-bk-12830-CGC | **Chapter:** | 13 |
| **Date / Time / Room:** | FRIDAY, OCTOBER 16, 2009 10:00 AM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | MARCO GARCIA | | |

## *Matter:*

CONTINUED MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY LOCATED AT 2300 S. DRAGOON DR., CHANDLER, AZ 85286 FILED BY MARK 6 BOSCO OF TIFFANY & BOSCO ON BEHALF OF BANK OF AMERICA N.A.

**R / M #:**   26 / 0

## *Appearances:*

JOHN JOSEPH VOLIN, ATTORNEY FOR KIRAN SARDANA

## *Proceedings:*

Mr. Volin explained his position, stating that discovery was served, and renewed his motion to dismiss.

COURT:  IT IS ORDERED DISMISSING THE MOTION WITHOUT PREJUDICE.